AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

NGAN KIM NGUYEN MINNIS,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 5:24-cv-1

MARTIN O'MALLEY, Commissioner of Social Security,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated February 15, 2024, Plaintiff's Complaint is dismissed without prejudice for failure to follow this Court's Order and failure to prosecute. Additionally, Plaintiff is denied leave to appeal in forma pauperis. This case stands closed.

Approved by: /s/ B. Cheesbro

HONORABLE BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

February 20, 2024
Date

John E. Triplett, Clerk of Court
Clerk

/s/ Jamie Hodge
(By) Deputy Clerk